**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**SOUTH BEND DIVISION**

| | |
|---|---|
| SUE KELLER, )<br> )<br>   Plaintiff, )<br> )<br>v. )<br> )<br>NEW ENGLAND COMPOUNDING )<br>PHARMACY, INC. a/k/a NEW )<br>ENGLAND COMPOUNDING CENTER; )<br>AMERIDOSE, LLC; ALAUNUS )<br>PHARMACEUTICAL, LLC; BARRY )<br>CADDEN; LISA CADDEN; )<br>and GREGORY CONIGLIARO, )<br> )<br>   Defendants. ) | Cause No. 3:12-CV-840-TLS-CAN |

**DEFENDANT ALAUNUS PHARMACEUTICAL, LLC'S**
**CORPORATE DISCLOSURE**

Defendant Alaunus Pharmaceutical, LLC, by counsel, pursuant to Federal Rule of Civil Procedure 7.1, makes the following corporate disclosure: Alaunus Pharmaceutical, LLC does not have any parent corporations and no publicly-held corporation owns 10% or more of Alaunus's stock.

                                      LEWIS WAGNER LLP

                                      By: */s/ Kameelah Shaheed-Diallo*
                                            DINA M. COX, #18590-49
                                            KAMEELAH SHAHEED-DIALLO, #28058-49
                                            ROBERT M. BAKER IV, #25471-49
                                            *Attorneys for Defendants New England*
                                            *Compounding Pharmacy Inc.; Alaunus*
                                            *Pharmaceutical, LLC; Barry Cadden; Lisa Cadden;*
                                            *and Gregory Conigliaro*

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing has been filed with the Clerk of the Court on January 4, 2013 using the CM/ECF system which sent notification of this filing to the following:

Douglas A. Mulvaney
STUTSMAN & MULVANEY
1300 Cassopolis Street
P.O. Box 1337
Elkhart, Indiana 46515

        */s/ Kameelah Shaheed-Diallo*
        KAMEELAH SHAHEED-DIALLO

LEWIS WAGNER, LLP
501 Indiana Avenue, Suite 200
Indianapolis, IN  46202
Phone: (317) 237-0500
FAX:   (317) 630-2790
kshaheed-diallo@lewiswagner.com
Q:\NECC\16 - Keller\Federal Court Action\Corporate Disclosure_Alaunus.docx