IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| SUE KELLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 3:12-CV-840-TLS-CAN |
| | ) | |
| NEW ENGLAND COMPOUNDING | ) | |
| PHARMACY, INC. a/k/a NEW | ) | |
| ENGLAND COMPOUNDING CENTER; | ) | |
| AMERIDOSE, LLC; ALAUNUS | ) | |
| PHARMACEUTICAL, LLC; BARRY | ) | |
| CADDEN; LISA CADDEN; | ) | |
| and GREGORY CONIGLIARO, | ) | |
| | ) | |
| Defendants. | ) | |

## APPEARANCE BY ATTORNEY IN CIVIL CASE

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for Defendants, ALAUNUS PHARMACEUTICAL, LLC; BARRY CADDEN; LISA CADDEN; and GREGORY CONIGLIARO.

I certify that I am admitted to practice in this Court.


LEWIS WAGNER LLP


By:   */s/ Dina M. Cox*
      DINA M. COX, #18590-49
      *Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

      This is to certify that a copy of the foregoing has been filed with the Clerk of the Court on January 9, 2013 using the CM/ECF system which sent notification of this filing to the following:

Douglas A. Mulvaney
Stutsman & Mulvaney
1300 Cassopolis Street
P.O. Box 1337
Elkhart, Indiana  46515

                    /s/ *Dina M. Cox*
                    DINA M. COX

LEWIS WAGNER, LLP
501 Indiana Avenue, Suite 200
Indianapolis, IN  46202
Phone: (317) 237-0500
FAX:   (317) 630-2790
dcox@lewiswagner.com
Q:\NECC\16 - Keller\Federal Court Action\appearance_DMC_Alaunus.docx