UNITED STATES DISTRICT COURT
Northern District of Indiana

**NOTICE OF CHANGE OF
ATTORNEY INFORMATION**

TO:    THE CLERK OF THE COURT AND ALL OTHER PARTIES

☐    I have **no pending cases** in the District Court for the Northern District of Indiana.
X    I have **pending case(s)** in the District Court for the Northern District of Indiana.

|  |  |
|---|---|
|  | 3:12-cv-00474-JTM-CAN |
|  | 3:12-cv-00840-TLS-CAN |
|  | 3:12-cv-00842-PPS-CAN |
| Pending Case No(s). ) | 3:12-cv-00845-WCL-CAN |
|  | 3:12-cv-00844-JTM-CAN |
|  | 3:12-cv-00843-PPS-CAN |
|  | 3:12-cv-00841-JVB-CAN |

Pursuant to Local Rule 5-3, the undersigned counsel notifies the Clerk's Office of the following changes:

*Previous Information:*          *Current Information:*

| | Previous | Current |
|---|---|---|
| Name: | Douglas A. Mulvaney | Douglas A. Mulvaney |
| Law Firm, Company, and/or Agency: | Stutsman & Mulvaney | Stutsman & Mulvaney |
| Address: | 1300 Cassopolis Street<br>P.O. Box 1337<br>Elkhart, IN 46515-1337 | 1300 Cassopolis Street<br>P.O. Box 1337<br>Elkhart, IN 46515-1337 |
| Primary E-mail: | dmulvaney@smd-law.com | dmulvaney@smspilawyers.com |
| Secondary e-mail: | dmulvaney@smspilawyers.com | |
| Telephone Number: | (574) 266-8500 | (574) 266-8500 |
| Facsimile: | (574) 206-9215 | (574) 206-9215 |

Date:    January 15, 2013          s/    Douglas A. Mulvaney