# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| SUE KELLER | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CAUSE NO.: 3:12-CV-840-TLS |
| | ) | |
| NEW ENGLAND COMPOUNDING | ) | |
| PHARMACY, INC. a/k/a NEW | ) | |
| ENGLAND COMPOUNDING CENTER, | ) | |
| AMERIDOSE, LLC., ALAUNUS | ) | |
| PHARMACEUTICAL, LLC., BARRY | ) | |
| CADDEN, LISA CADDEN, and | ) | |
| GREGORY CONIGLIARO | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

This matter is before the Court on the Defendant's, New England Compounding Pharmacy, Inc. d/b/a New England Compounding Center's ("NECC"), Notice of Stay by Reason of Bankruptcy [ECF No. 8] filed on December 27, 2012. The NECC filed a voluntary petition under Chapter 11 of Title 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of Massachusetts (Eastern Division) No. 12-19882-HJB.

Pursuant to 11 U.S.C. § 362(a):

a petition filed under section 301, 302, or 303 of this title . . . operates as a stay, applicable to all entities, of the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the debtor that arose before the commencement of the case under this title.

The Court finds that the Notice [ECF No. 8] is made in good faith and ORDERS this cause of action STAYED against NECC. The Defendant, NECC, is directed to notify the Court by Notice upon resolution of the bankruptcy matter.

SO ORDERED on January 31, 2013.

                                              s/ Theresa L. Springmann
                                              THERESA L. SPRINGMANN, JUDGE
                                              UNITED STATES DISTRICT COURT
                                              FORT WAYNE DIVISION